Plaintiff
Dale Potts

Defendant
Mobile County Public School
Martha Peek & Anthony Gatwood
Civil Action no 18-CV-00002-KD-MU

Grounds 1 discrimination ADea
U.S. Code Title 42, Sec 2000d-7
will not let my in his school because Nationaly, medical/mental health my son has been sexualy, mentaly, & physialy abused at this school he tryed to kill himself 3 times has been hospitly 2 in one year had a heart attack because of abuse of kids and staff.

Planitff residence 12890 Boothtown Rd. Citronell AL 36522
defend address Schillinger Rd

APPENDIX A (Cont'd)
COMPLAINT FORMAT

4.

(State briefly your legal claim or your reason for filing suit.   Include the statue under which the suit is filed.)

US Code Title 42 Sec 2000d-7

5.

(Give a brief, concise statement of the specific facts involved in your case)

6.

(State the relief you are requesting.)

3 million Dollars for damages to son and myself

they amitted Guilty in Case no: CV-2017-000072 Jugde Young Peter But it wasn't Fed. court so they didn't want my Dumb son their school and hr's mowa he almost Died two times they call DHR But they said the school is the promble they tryed to have my son taken away By DHR that cause me prombles P.S he was sexual Assulted 2 times

(Signature and date), pro se: Dale ... 12-20-17

(Address) 12890 Boothtown Rd. Citronell AL 36522

(Phone Number) 251-214-1156

I want the schools to stop Letting things happen to our kids Be accountable for their actions so if they are punish with $3.mill fine maybe they will not hurt our kids Thanks

**APPENDIX B**
**CERTIFICATE OF SERVICE FORMAT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing __Dale Potts__
(Name of pleading)

was mailed/delivered to __School Board__ at __Schillinger Rd__
(Name of defendant(s) or    (Address)
defendant's attorney)

on __Dec 20__, 20__17__.

__Dale Potts  12-20-17__
(Signature and date), pro se

__12890 Boothtown Rd__
(Address)

__2512141156__
(Phone Number)