# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DALE POTTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 18-0002-KD-MU |
| ) | |
| MOBILE COUNTY PUBLIC ) | |
| SCHOOL BOARD, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint (Doc. 4) be and is hereby **DISMISSED** without prejudice prior to service of process.

**DONE** this 21st day of June, 2018.

s/ Kristi K. DuBose
_____
CHIEF UNITED STATES DISTRICT JUDGE